UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
THE PEOPLE OF THE STATE OF NEW YORK, by
LETITIA JAMES, Attorney General of the State of

New York and LINDA LACEWELL, Superintendent
of Financial Services of the State of New York,

No. 19-CV-7191 (JSR) (OTW)

Plaintiffs,

- against -

VISION PROPERTY MANAGEMENT, LLC; KAJA
HOLDINGS 2, LLC; RVFM 11 SERIES, LLC; DSV
SPV 1, LLC; DSV SPV 2, LLC; DSV SPV 3, LLC;
ALAN INVESTMENTS III, LLC; BOOM SC, LLC;
YORA, LLC; RVFM 4 SERIES, LLC; RVFM 13
SERIES, LLC and ALEX SZKARADEK,



Defendants.
-------------------------------------------------------------------x

## SEALING ORDER FOR CONFIDENTIAL EXHIBITS TO THE PROPOSED STIPULATED ORDER AND FINAL JUDGMENT

The Parties in this matter are directed to file Confidential Appendices I and II to the Proposed Stipulated Order and Final Judgment, as well as Confidential Appendices A and B to Exhibit A to the Proposed Stipulated Order and Final Judgment under seal with the Clerk, and file only redacted versions of the same documents on the docket.

The Clerk of Court shall maintain Confidential Appendices I and II to the Proposed Stipulated Order and Final Judgment and Confidential Appendices A and Be to Exhibit A to the Proposed Stipulated Order and Final Judgment under seal pending further Order of the Court.

**IT IS SO ORDERED.**

DATED this 10 day of January, 2020.

                                                    **Hon. Jed S. Rakoff**
                                          **United States District Court Judge**